UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

CHRIS HIBNER,

    Plaintiff,

v.                                                                            Civ. No. 17-1175 MV/GJF

HOME DEPOT USA, INC.,

    Defendant.

**ORDER GRANTING PLAINTIFF'S STIPULATED**
**<u>MOTION TO EXTEND PRETRIAL DEADLINES</u>**

THIS MATTER comes before the Court on "Plaintiff's Stipulated Motion to Extend Pretrial Deadlines" ("Motion"). ECF No. 24. The Court, having reviewed the record and noting the parties' stipulation, finds the Motion to be well taken and will therefore **GRANT** the Motion.

**IT IS THEREFORE ORDERED** that the deadlines set forth in the Order Setting Pretrial Deadlines and Briefing Schedule [ECF No. 16] are **HEREBY VACATED AND RESET** as follows:

1. Plaintiff's expert designations are due **July 2, 2018**;

2. Defendant's expert designations are due **August 16, 2018**;

3. Discovery closes on **October 4, 2018**;

4. Motions related to discovery are due by **October 18, 2018**;

5. Pretrial motions others than discovery motions are due by **November 5, 2018**;

6. Plaintiff's portion of the pretrial order is due to Defendant by **November 30, 2018**; and

7. Defendant's consolidated pretrial order is due to the Court by **December 14, 2018**.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF NEW MEXICO